UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04910 MRA (DSR) Date: September 1, 2026

Title WEI ZHOU v. DAVID MARIN

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED**

Petitioner Wei Zhou is a non-citizen presently detained at the ICE Processing Center in Adelanto, California who brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 seeking an order for his immediate release. See Pet. (Doc. No. 1). The Petition, however, is signed by Saulo Ferreira Melo as Petitioner's "proposed next friend." See Doc. No. 1.

It appears that the Petition should be dismissed on the ground that, even assuming Saulo Melo has standing to bring this case as Wei Zhou's next friend (an issue the Court does not reach at this time), he may not do so without an attorney. Saulo Melo states explicitly in the Petition that he "is not an attorney and does not purport to provide legal representation." See Pet. at ¶ 7. "[A] 'next friend' may not proceed with a habeas action on behalf of another without an attorney as a non-attorney has no authority to appear on behalf of anyone else." Abdul-Ali ex rel. Stevenson v. California, No. 2:19-CV110726 ODW (PLA), 2019 WL 7284942, at *3 (C.D. Cal. Dec. 27, 2019) (citing United States v. French, 748 F.3d 922, 933 (9th Cir. 2014) (noting "well-settled rule against lay representation") and Johns v. Cnty. of San Diego, 114 F.3d 874, 876 (9th Cir. 1997) ("a non-lawyer has no authority to appear as an attorney for others").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04910 MRA (DSR) Date: September 1, 2026

Title WEI ZHOU v. DAVID MARIN

The Court cannot move forward in this case at all until counsel is in place, even if Saulo Melo could otherwise qualify to proceed as next friend for Wei Zhou. If Saulo Melo cannot find counsel to enter an appearance, this Petition will have to be dismissed.

The Court therefore orders Petitioner to show cause – to explain – in writing why this case should not be dismissed **by September 22, 2026**. Alternatively, Petitioner can comply with this Order by having an attorney enter a notice of appearance on behalf of Saulo Melo and filing a proper application for appointment as next friend.

The Court advises Petitioner that unless his proposed next friend is represented by counsel, the Court will have to dismiss claims brought on Petitioner's his behalf, regardless of whether Saulo Melo otherwise qualifies to proceed as Wei Zhao's next friend. The Court further advises Saulo Melo that he has the option of voluntarily dismissing this case without prejudice if he is unable to locate counsel.

Petitioner is warned that, if he does not comply with this order within the deadline set by the Court (or seek an extension of that deadline, if he has a good reason to do so), **the Court will recommend to the assigned District Judge that the action be dismissed without further leave to amend**.

Petitioner is advised that the Los Angeles Federal Pro Se Clinic offers help to people who have a case pending in this Court and do not have an attorney. The Clinic is located in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012, and operates **by appointment only**. You may make an appointment by calling the Clinic at (213) 385-2977, ext. 270, or by submitting an on-line request for services at the following site: http://prose.cacd.uscourts.gov/los-angeles.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK